```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :     23cv4313 (DLC)
KATHRYN D'AMBOLA, et al.,                 :
                                          :          ORDER
                              Plaintiffs, :
                                          :
                 -v-                      :
                                          :
DAILY HARVEST, INC., et al.,              :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 18, 2023, this case was accepted as related to Albright v. Daily Harvest, Inc., 22cv5987 ("Albright"). Albright and the other related cases in this litigation are currently governed by the following schedule (the "Schedule"):

1. The parties shall advise the Court by January 5, 2024 whether they have completed the selection of bellwether cases.

2. The parties shall submit their proposals for the completion of expert discovery and summary judgment motion practice by January 19, 2024.

3. The next pretrial conference will be held telephonically on January 26, 2024 at 2:00 p.m. The parties shall be prepared to discuss a schedule for expert discovery and summary judgment motion practice.

It is hereby

ORDERED that the above-captioned action shall be governed by the Schedule. If any different or additional scheduling is necessary in the above-captioned action, a party requesting such

scheduling shall, by December 1, 2023, file a letter no longer than two (2) pages indicating their proposed schedule.

Dated:  New York, New York
        November 28, 2023

                    _____
                         DENISE COTE
                    United States District Judge